UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X        **Index No.: 15-cv-1289**
NICOLE MONTALBANO and JEANETTE RAVELO-
RODRIGUEZ,

                               Plaintiffs,

           -against-

PATRIZIAS OF STATEN ISLAND LLC,
SALVATORE BORGOGNONE, individually and
GIACOMO ALAIO, individually,

                           Defendants.

-------------------------------------------------------------------X

## <u>NOTICE OF SETTLEMENT</u>

        Plaintiffs Nicole Montalbano and Jeanette Ravelo-Rodriguez, and Defendants Patrizias of

Staten Island LCC, Salvatore Borgognone, and Giacomo Alaio, by and through their undersigned

counsel, hereby notify the Court that the parties have reached a mutually acceptable resolution of

this matter. Upon finalization of the agreement, the parties will file a Joint Stipulation of

Dismissal with Prejudice.

        Respectfully submitted this 7th day of July 2015.

s/ *Bryan Arce, Esq.*                  s/ *Howard M. Miller, Esq.*
**Arcé Law Group, P.C.**            **Bond Schoeneck & King**
30 Broad Street, 35th Floor       1399 Franklin Ave # 200
New York, NY 10004              Garden City, NY 11530
Email: bsalaws@msn.com         Email: hmiller@bsk.com
(212) 248-0120                    (516) 267-6300
*Attorneys for Plaintiff*            *Attorneys for Defendants*